# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br> Plaintifff,<br><br>v.<br><br>SIS-BRO INC.,<br><br> Defendant.<br>_____<br><br>RAFAEL SANTOS FIGUEROA A/K/A NATASHA FIGUEROA,<br><br> Plaintiff,<br><br>v.<br><br>SIS-BRO INC.,<br><br> Defendant. | Case No. 3:24-cv-968<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

## NOTICE OF VOLUNTARY DISMISSAL OF COUNTS III, V AND VII OF NATASHA FIGUEROA'S COMPLAINT IN INTERVENTION

Intervenor Plaintiff Natasha Figueroa, by and through her attorneys, James M. Dore and Daniel I. Schlade, and Justicia Laboral LLC, moves to dismiss Counts III, V and VII of the Complaint in Intervention in this case pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(A)(i) without prejudice as to Defendant Sis-Bro, Inc., and states:

FRCP 41(a)(1)(A)(i) states that a Plaintiff may dismiss a case without order of court, "by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for

summary judgment". Defendant Sis-Bro, Inc. has not yet served either an answer or a motion for summary judgment in this case.

Accordingly, Plaintiff files this Notice of Dismissal and hereby dismisses Counts III, V and VII of the Complaint in Intervention the above captioned case without prejudice as to Defendant Sis-Bro, Inc.

s/James M. Dore
*Counsel For Plaintiff-Intervenor*
James M. Dore
Daniel I. Schlade
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
P: 773-550-3775
E: jdore@justicialaboral.com
dschlade@justicialaboral.com

## **CERTIFICATE OF SERVICE**

I, James M. Dore, an attorney, hereby certify that on November 7, 2024, a copy of the foregoing was filed electronically with this Court. Notice of this filing will be sent by operation of the Court's CM/ECF electronic filing system to all parties indicated on the electronic filing receipt.

Ethan M.M. Cohen
Anne Gallerano
Jonathan Delozano
EEOC Chicago District Office
230 S. Dearborn St. Ste. 2920
Chicago, IL 60604
(312) 872-9679
Ethan.cohen@eeoc.gov
Anne.gallerano@eeoc.gov
Jonathan.delozano@eeoc.gov

Scott Cruz
UB Greensfelder LLP
200 W. Madison St., Suite 3300

Chicago, IL 60606
(312) 345-5008
scruz@ubglaw.com


Katie L. Fechte
UB Greensfelder LLP
10 S. Broadway, Suite 2000
St. Louis, MO 63102
(314) 345-4729
kfechte@ubglaw.com

<u>s/James M. Dore</u>