UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. <br><br> Plaintiff, <br><br> v. <br><br> SIS-BRO, INC., <br><br> Defendant <br><br> ──────────────── <br><br> NATASHA FIGUEROA F/K/A RAFAEL SANTOS FIGUEROA <br><br> Plaintiff, <br><br> v. <br><br> SIS-BRO, INC., <br><br> Defendant | Case No. 3:24-cv-968 |

### **Stipulation to Dismiss Count I Of The Intervenor Complaint**

    This matter coming to be heard pursuant to a stipulation between Plaintiff Natasha Figueroa and Defendant Sis-Bro, Inc. and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); the Parties stipulate that Count I of the intervenor complaint (Docket No. 34) shall be dismissed in its entirety without prejudice.  For the record, please note that this dismissal shall result in a dismissal of the entire intervening action (Docket No. 34), as all other counts have been previously voluntarily dismissed or dismissed by the Court.

| **Plaintiff** | **Defendant** |
|---|---|
| s/Daniel I. Schlade | s/Scott Cruz |
| Counsel For Plaintiff Natasha Figueroa | Counsel For Defendant Sis-Bro, Inc. |
| Justicia Laboral, LLC | UB Greenfelder, LLP |
| 6232 N. Pulaski, #300 | 200 W. Madison, Ste 3300 |
| Chicago, IL 60646 | Chicago, IL 60606 |
| 773-550-3775 | 312-419-9090 |
| dschlade@justicialaboral.com | |