# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SIS-BRO, INC., )<br>)<br>Defendant. )<br>)<br>) | Judge J. Phil Gilbert<br>Case No. 24-cv-968-JPG |

## MOTION FOR STAY IN LITIGATION

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") respectfully requests that the Court grant a thirty day stay in this litigation, including a stay on the due date of EEOC's response to Defendant's Motion for Partial Summary Judgment, Dkt. 48, and the hearing on EEOC's motion for a protective order, Dkt. 56, to permit EEOC to evaluate its litigation position in light of recent policy changes. In support of this motion, EEOC states the following.

1.     On January 20, 2025, President Trump issued an executive order titled "Defending Women from Gender Ideology Extremism and restoring Biological Truth to the Federal Government." ("the Order")

2.     Among other things, the Order mandated that the Attorney General shall "issue guidance to ensure the freedom to express the binary nature of sex and the right to single sex spaces in workplaces and federally funded entities covered by the Civil Rights Act of 1964" and that "the General Counsel and Chair of the Equal Employment Opportunity Commission . . . shall prioritize . . . litigation to enforce rights and freedoms identified."

3. The Order also ordered that EEOC rescind portions of its April 29, 2024 "Enforcement Guidance on Harassment in the Workplace" that conflict with the Order.

4. Because EEOC has alleged that Defendant violated Figueroa's rights under Title VII based on Figueroa's sex and transgender status, this litigation may be subject to the Order.

5. A 30-day stay of litigation will permit EEOC to determine whether its continued litigation is conducted consistent with the Order.

For the foregoing reasons, EEOC respectfully requests that the Court stay the deadlines currently set in this matter for 30 days, and extend every current deadline for the duration of the stay.

**Dated**: January 30, 2025

Respectfully submitted,

/s/ Jonathan Delozano
Jonathan Delozano
Trial Attorney
EEOC Chicago District Office
230 S. Dearborn St., Ste. 2920
Chicago, IL 60604
(312) 872-9695

Anne Gallerano
Trial Attorney
EEOC Chicago District Office
230 S. Dearborn St., Ste. 2920
Chicago, IL 60604
(312) 872-9669

Ethan M.M. Cohen
Assistant Regional Attorney
EEOC Chicago District Office
230 S. Dearborn St., Ste. 2920
Chicago, IL 60604
(312) 872-9679