# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) SIS-BRO, INC., ) ) Defendant. ) ) ) | Judge J. Phil Gilbert<br>Case No. 24-cv-968-JPG |

## STATUS REPORT

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") respectfully submits the following Status Report related to EEOC's Motion to Dismiss (Dkt. 63).

It is EEOC's understanding that Figueroa has been in contact with several attorneys and is interested in intervening. As far as EEOC is aware, Figueroa has not, as of the time of this filing, secured new counsel. EEOC does not believe that Figueroa will be able to respond to the Court's Order today. EEOC respectfully requests that Figueroa be given an additional 14 days in which to respond.

**Dated**: March 4, 2025

Respectfully submitted,

/s/ Jonathan Delozano
Jonathan Delozano
Trial Attorney
EEOC Chicago District Office
230 S. Dearborn St., Ste. 2920
Chicago, IL 60604
(312) 872-9695

Anne Gallerano
Trial Attorney
EEOC Chicago District Office
230 S. Dearborn St., Ste. 2920
Chicago, IL 60604
(312) 872-9669

Ethan M.M. Cohen
Assistant Regional Attorney
EEOC Chicago District Office
230 S. Dearborn St., Ste. 2920
Chicago, IL 60604
(312) 872-9679