IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAFAEL SANTOS FIGUEROA,
*a/k/a* Natasha Figueroa,

        Plaintiff,

v.

SIS-BRO, INC.,

        Defendant.

Case No. 24-cv-968 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 9/15/2025     MONICA A. STUMP, Clerk of Court

                                          s/ Tina Gray, Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
                  J. PHIL GILBERT
                  DISTRICT JUDGE